# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  CR-04-105-002-T |
| ) | |
| BRANDON MAELY HUGHES, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON PETITION FOR
### REVOCATION OF SUPERVISED RELEASE

This matter came on for hearing December 14, 2005, upon an Amended Petition for Warrant or Summons for Offender Under Supervision, filed December 12, 2005.  Defendant appeared in person and with Terri A. Coulter, defense attorney.  The plaintiff was represented by Teresa Black, Assistant U.S. Attorney.  Senior U.S. Probation Officer Byron Boese testified.

The defendant stipulated to the allegations in the Petition that he violated conditions of supervision in that he  (1) failed to contact a U.S. Probation Officer on November 21, 2005, as instructed; (2) failed to meet a U.S. Probation Officer on November 22, 2005, for a home visit, and that defendant's whereabouts were unknown; (3) failed to participate in substance abuse aftercare as instructed in that he failed to report for counseling on November 22, 2005; (4) failed to participate in substance abuse aftercare by failing to provide urine samples on November 17, 2005, November 22, 2005, and December 7, 2005, as directed; and that he (5) failed to participate in substance abuse aftercare by providing breath tests on November 21, 2005 and on December 5, 2005.

The Court found that the defendant violated conditions of his supervised release  as alleged in the Petition and revoked his term of supervised release.  The Court sentenced defendant to six

months in the custody of the Bureau of Prisons followed by thirty months supervised release. All previously imposed conditions of supervised release remain in full force and effect.

    IT IS SO ORDERED.

    Dated: December  20 , 2005.

                                                                                           
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

Approved as to form:

s/Terri A. Coulter
TERRI A. COULTER
Attorney for defendant

s/Teresa Black
TERESA BLACK
Assistant U.S. Attorney